# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
 *Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 22, 2015

Ms. Tiffany Saltzman-Jones
WALKER & WILCOX
Suite 3200
One N. Franklin Street
Chicago, IL  60606

     RE:  15-2086  U.S. Bank National Association, et al. v. Ace American Insurance Company

Dear Ms. Saltzman-Jones:

     The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

     Please note this case has been consolidated with appeal 15-1691 U.S. Bank National Association, et al. v. Indian Harbor Insurance Company, to the extent possible, for briefing and submission to the court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     The court has established a consolidated briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. This schedule supersedes all previously established schedules.  Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

     Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

     The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site [www.ca8.uscourts.gov](www.ca8.uscourts.gov). In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at [https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl](https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl). Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

                                Michael E. Gans
                                Clerk of Court

cyz

Enclosures

cc:    Ms. Carla R Bebault
      Mr. Alec J. Beck
      Mr. John M. Bjorkman
      Mr. Patrick J. Boley
      Mr. Edward P. Gibbons
      Mr. Marshall N. Gilinsky I
      Ms. Vivian Michael
      Mr. William G. Passannante
      Mr. James Sandnes
      Ms. Amy L. Schwartz
      Mr. Richard Sletten
      Mr. Richard T Thomson
      Ms. Paula Duggan Vraa
      Ms. Tammy Yuen

      District Court Case Number: 0:12-cv-03175-PAM

**Caption For Case Number: 15-2086**

U.S. Bank National Association; U.S. Bancorp

    Plaintiffs - Appellees

v.

Indian Harbor Insurance Company

    Defendant

Ace American Insurance Company

    Defendant - Appellant

**Addresses For Case Participants:   15-2086**

Ms. Tiffany Saltzman-Jones
WALKER & WILCOX
Suite 3200
One N. Franklin Street
Chicago, IL  60606

Ms. Carla R Bebault
Federal Building
316 N. Robert Street
Saint Paul, MN  55101-0000

Mr. Alec J. Beck
FORD & HARRISON
Suite 3150
225 S. Sixth Street
Minneapolis, MN  55402-0000

Mr. John M. Bjorkman
LARSON & KING
Suite 2800
30 E. Seventh Street
Saint Paul, MN  55101

Mr. Patrick J. Boley
LARSON & KING
Suite 2800
30 E. Seventh Street
Saint Paul, MN  55101

Mr. Edward P. Gibbons
WALKER & WILCOX
Suite 3200
One N. Franklin Street
Chicago, IL  60606

Mr. Marshall N. Gilinsky I
Suite 200
1717 Pennsylvania Avenue, N.W.
Washington, DC  20006-0000

Ms. Vivian Michael
ANDERSON & KILL
42nd Floor
1251 Avenue of the Americas
New York, NY  10020-1182

Mr. William G. Passannante
ANDERSON & KILL
42nd Floor
1251 Avenue of the Americas
New York, NY  10020-1182

Mr. James Sandnes
SKARZYNSKI & BLACK
32nd Floor
One Battery Park Plaza
New York, NY  10004

Ms. Amy L. Schwartz
LAPP & LIBRA
2500 One Financial Plaza
120 S. Sixth Street
Minneapolis, MN  55402-0000

Mr. Richard Sletten
U.S. DISTRICT COURT
District of Minnesota
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN  55415-0000

Mr. Richard T Thomson
LAPP & LIBRA
2500 One Financial Plaza
120 S. Sixth Street
Minneapolis, MN  55402-0000

Ms. Paula Duggan Vraa
LARSON & KING
Suite 2800
30 E. Seventh Street
Saint Paul, MN  55101

Ms. Tammy Yuen
SKARZYNSKI & BLACK
One Battery Park Plaza
New York, NY  10004